IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KEVIN WARNER,** an individual, and **EAGLE PEAK LLC,** an Oregon limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CROOK COUNTY, OREGON,** a political subdivision, **PENNY KELLER, WILLIAM ZELENKA, DAVID GORDON,** and **SCOTT COOPER,**<br><br>　　　　　　Defendants. | No. CV 08-6327-MO<br><br>ORDER OF DISMISSAL |

**MOSMAN, J.,**

　　Based upon the Stipulated Motion for Order and Judgment of Dismissal (#67) filed by the parties on August 13, 2010,

　　IT IS HEREBY ORDERED that the parties' Stipulated Motion for Order and Judgment of Dismissal (#67) is GRANTED, and this action is DISMISSED with prejudice and without costs or attorney fees to any party.

　　DATED this __16th__ day of August, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 - ORDER OF DISMISSAL